IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVON CHEESEBORO,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | NO. 22-cv-01781 |
| | : | |
| **BYARD, et al.,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW,** this **22nd** day of **March 2024**, upon consideration of Plaintiff's Motion for Leave to File a Supplemental Amended Complaint (ECF No. 44), and all responses thereto, it is hereby **ORDERED** that the Motion (ECF No. 44) is **GRANTED**, for the reasons stated in the Court's Memorandum.

The Supplemental Amended Complaint shall be filed on or before March 29, 2024, and responses shall be filed on or before April 19, 2024.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, J.**